LAWRENCE G. WASDEN
ATTORNEY GENERAL

PAMELA S. HOWLAND
Idaho State Bar No. 6177
Special Deputy Attorney General
JENNIFER M. WALRATH
Idaho State Bar No. 10893
IDAHO EMPLOYMENT LAWYERS, PLLC
1112 W. Main Street, Suite 105
Boise, ID 83702
Telephone: (208) 484-8921
Facsimile: (208) 534-7445
Email: phowland@idemploymentlawyers.com
Email: jwalrath@idemploymentlawyers.com

Attorneys for Idaho State Police, Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAIMEE DYE, an individual,<br><br>  Plaintiff,<br>v.<br><br>IDAHO STATE POLICE, an Administrative Agency,<br><br>  Defendant. | Case No. 1:20-cv-375-JZ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Jaimee Dye and Defendant Idaho State Police, through their respective counsels of record, hereby stipulate and agree pursuant to Rule 41 of the Federal Rules of Civil Procedure that the First Amended Complaint in the above-captioned matter can be dismissed with prejudice on the grounds and for the reasons that a compromised settlement has been reached between the parties, with all parties to bear their own costs and attorneys' fees

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

DATED this 20th day of July, 2021.

        IDAHO EMPLOYMENT LAWYERS PLLC

        */s/ Pamela S. Howland*
        PAMELA S. HOWLAND

        Attorneys for Defendant Idaho State Police

DATED this 20th day of July, 2021.

        JOHNSON & MONTELEONE, L.L.P.

        */s/ Shawnee S. Perdue*
        Shawnee S. Perdue

        Attorneys for Plaintiff Jaimee Dye

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of July, 2021, I filed the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

Shawnee S. Perdue
JOHNSON & MONTELEONE, L.L.P.
350 N. 9th Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947 -2424
Email: shawnee@treasurevalleylawyers.com

                                        */s/ Pamela S. Howland*
                                        Pamela S. Howland

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 3**